UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES FREDERICK JOHNSON, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | Case No. 1:26-cv-00285-SNLJ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on movant's Motion for Status and Access to Plea and Sentencing Transcripts. [Doc. 3]. Movant submitted transcript requests in the underlying criminal case, *USA v. Johnson*, 1:25-cr-00125-SNLJ. He now seeks a status report and access to the transcripts. The Clerk of Court shall forward a copy of the motion to the Court Reporter. All communications related to the status of the transcript requests must be directed to the Court Reporter. To the extent the motion seeks the Court's intervention regarding the transcript requests, the request is denied. Further, to the extent movant requests a determination of eligibility under 28 U.S.C. § 753(f) for the United States to pay for the transcripts, he has not submitted any documentation to establish *in forma pauperis* status; therefore, the request is denied.

Finally, movant's requests under Rules 5(c) and 7 of the Rules Governing Section 2255 Proceedings are premature and will be denied at this time. Rule 5 governs the Answer and Reply. Under Rule 7, the Court may, in its discretion, expand the record, but the Court does not find such an expansion necessary at this point. The Court cannot

determine whether an expansion is necessary until it has reviewed the government's response and any reply filed by movant.

**IT IS HEREBY ORDERED** that movant's Motion for Status and Access to Plea and Sentencing Transcripts [Doc. 3] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward a copy of the motion to the Court Reporter.

**SO ORDERED** this 19th day of November, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE